# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-17-110-C |
| | ) | |
| DEANGELO ANTOINE MCDANIEL, | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ELLIOT ELECTRIC SUPPLY, INC, | ) | |
| and its successors or assigns, | ) | |
| Garnishee. | ) | |

## ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a Writ of Garnishment to be issued to Elliot Electric Supply, Inc on December 12, 2019. On December 23, 2019, Garnishee filed an Answer (Doc. 35). A review of the court record demonstrates that no objection or request for a hearing has been filed by Defendant.

Garnishee is ordered to disburse all nonexempt monies and property of Defendant withheld since the date of service of the Writ, and make all future payments and monies withheld under the continuing Writ payable to the:

U.S. District Court Clerk
U.S. Courthouse
200 N.W. 4th, Suite 1210
Oklahoma City, OK 73102

**IT IS SO ORDERED** this 13th day of January 2020.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge